**Charles E. BROOKS, Plaintiff–Appellant,**

v.

**Lloyd Albert JOHNSON, Defendant–Appellee,**

and

**Prince George's County Government; Candice Santos; State of Maryland, Defendants.**

No. 01–2032.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 13, 2002.

Kenneth E. McPherson, Riverdale, Maryland, for Appellant. J. Joseph Curran, Jr., Attorney General of Maryland, Randolph Stuart Sergent, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior by unpublished Circuit Judge.

PER CURIAM.

Charles E. Brooks appeals from the district court's order dismissing his civil action pursuant to Fed.R.Civ.P. 12(b)(6). Brooks contends that the district court erred in finding defendant Lloyd Albert Johnson, a Maryland Assistant State's Attorney, was entitled to qualified immunity. Our review of the record and the district court's opinion show the district court correctly found Johnson was entitled to qualified immunity. Accordingly, we affirm the district court's dismissal of Brooks' civil action.

*AFFIRMED.*